No. 90–5401. NA'IM v. MARTIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–5402. MATHIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5404. PATTERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5406. CLARK v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–5407. GARDNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5409. GUARACINO v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 90–5418. BARTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5419. LEWIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5424. BORSELLO v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 90–5425. ALVAREZ v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–5427. McLEAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5428. HARRIS v. ALEXANDER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–5429. ALVAREZ-QUIROGA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5435. RUTLEDGE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5436. WHITTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.